# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-068-612

**Effective Date of Registration:**
September 21, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Aladdin Sane Outtakes, Published Nov. 25, 2010; 3 photos. |
| **Content Title:** | Z_1258_11, Z_1258_12, Z_1258_10_CON (published November 25, 2010). |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1973 |
| **Date of 1st Publication:** | November 25, 2010 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

- | | |
  |---|---|
  | **Author:** | Brian Duffy |
  | **Author Created:** | photograph |
  | **Work made for hire:** | No |
  | **Citizen of:** | United Kingdom |
  | **Domiciled in:** | United Kingdom |
  | **Year Born:** | 1933 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Duffy Archive Limited<br>Unit 9, Harts Barn, Longhope, GL17 0QD, United Kingdom |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Duffy Archive Limited |
| **Name:** | Chris Duffy |
| **Email:** | copyright@duffyarchive.com |
| **Telephone:** | +4401452831114 |
| **Address:** | Unit 9, Harts Barn<br>Longhope, GL17 0QD   United Kingdom |

## Certification

Page 1 of 2

**Name:** Joe G. Naylor
**Date:** September 21, 2017
**Applicant's Tracking Number:** USCO-04372